## WILLIAM C. WASHINGTON *v.* COMMISSIONER OF CORRECTION

The petitioner William C. Washington's petition for certification for appeal from the Appellate Court, 113 Conn. App. 18 (AC 29309), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Deren Manasevit,* special public defender, in support of the petition.

*Melissa Patterson,* deputy assistant state's attorney, in opposition.

Decided April 15, 2009

## LAWRENCE CASTELOT *v.* LINDA A. CASTELOT

The plaintiff's petition for certification for appeal from the Appellate Court (AC 29551) is denied.

*William F. Gallagher* and *Edward R. Giacci,* in support of the petition.

*Brendon P. Levesque,* in opposition.

Decided April 15, 2009